UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN LILLY, | No. C-06-7076 SC |
| Plaintiff, | |
| v. | ORDER OF DISQUALIFICATION |
| BRITISH AIRWAYS et al., | |
| Defendant. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of General Order 44(E)(2) of the Assignment Plan of this Court, request that this case be reassigned.

**IT IS SO ORDERED.**

Dated: November 15, 2006

_____
UNITED STATES DISTRICT JUDGE