UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN LILLY,<br><br>        Plaintiff,<br><br>  v.<br><br>BRITISH AIRWAYS et al.,<br><br>        Defendant. | No. C-06-7076 SC<br><br>ORDER OF <u>DISQUALIFICATION</u> |

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of General Order 44(E)(2) of the Assignment Plan of this Court, request that this case be reassigned.

    **IT IS SO ORDERED.**

    Dated: November 15, 2006

                                                                         *[signature]*

                                                    UNITED STATES DISTRICT JUDGE